*Charles A. Williamson and wife et al* v. *Hickson W. Field et al.* J. L. WHITE & JOHN JAY, for appellants; D. D. FIELD, for respondents. Application by defendants to stay proceed-ings upon a decree of the late assistant vice chancellor of the first circuit, until the decision of the chancellor upon their appeal from such decree. Order directing proceedings to be stayed, upon terms. Appellants to pay respondents costs of opposing this mo-tion.

*Daniel Micklethwaite et al* v. *Joseph Rhodes.* *William Wilkin-son* v. *The Same.* *Abraham Ward* v. *The Same.* *William Smith the younger* v. *The Same.* S. D. VAN SCHAACK, for appellant ; J. RHOADES, for respondents. Motion to dismiss appeals denied.—Costs to abide the event.

*William Bard et al* v. *Abram I. Fort et al.* S. STEVENS & J. RHOADES, for complainants; O. CLARK & N. HILL JUN, for de-fendants. Application by defendants to open the order taking the bill as confessed against them. Motion denied as to all the applicants except Mrs. Fort, with costs to be taxed ; and granted as to her ; unless the complainants shall stipulate that the decree shall be so entered as to protect her rights in that part of the pre-mises included in the mortgage.

*John Bennett* v. *Polly Byrne et al.* M. T. REYNOLDS & J. VAN VLECK, for appellants ; H. HOGEBOOM, for respondents. Orders appealed from, reversed ; and proceedings remitted to the surro-gate with directions to him to appoint the appellant the guardian of the person and estate of the infant, upon his giving security.—The costs of the guardian ad litem of the infant, and of the appel-lant, directed to be paid out of the personal estate of the infant.